## KINGMAN & COMPANY V. WEISER BROTHERS.

FILED JUNE 16, 1896.  No. 6662.

Attachment: FRAUD IN DISPOSING OF PROPERTY: EVIDENCE.

ERROR from the district court of Thurston county. Tried below before NORRIS, J.

*James H. McIntosh,* for plaintiffs in error.

*T. M. Franse* and *A. C. Abbott, contra.*

HARRISON, J.

This is a companion case to that of the same title, in which a decision is filed at this time. (*Kingman v. Weiser,* 48 Neb., 834.) This case was submitted at the same time, upon the same evidence, and the decision of that case is applicable to and disposes of this. The judgment of the district court is reversed and the cause remanded for further proceedings.

REVERSED AND REMANDED.